AMERICAN RUG & CARPET CO., INC., Appellant, *v.* SOL HERMAN, Respondent.*

Supreme Court, Appellate Term, First Department, June 14, 1934.

*Ira M. Greene* [*Theodore Reitman* of counsel], for the appellant.

*Sol M. Selig*, for the respondent.

PER CURIAM. The facts establish neither an accord and satisfaction nor a composition agreement; nor does the evidence sustain a finding that the plaintiff agreed to discharge the debt.

Judgment reversed, with thirty dollars costs, and judgment directed for plaintiff as demanded in the complaint.

All concur; present, CALLAHAN, FRANKENTHALER and SHIENTAG, JJ.

* Revg. 147 Misc. 692.